# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSEPH R. MANN, | : | CIVIL ACTION |
| Petitioner, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, et al., | : | No. 15-3223 |
| Respondents. | : | |

FILED

MAR - 1 2016

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

## ORDER

**C. DARNELL JONES, II, J.**

AND NOW, this 29th day of February, 2016, upon careful and independent consideration of the petition for a writ of habeas corpus, and after review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for a writ of habeas corpus is DENIED with prejudice;

3. There is no probable cause to issue a certificate of appealability; and

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

C. DARNELL JONES, II, J.
U.S. DISTRICT COURT JUDGE